AO 257 (Rev. 6/78)

**UNDER SEAL**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 371
18 U.S.C. § 922(a)(1)
18 U.S.C. § 922(o)
26 U.S.C. § 5861(d)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Imprisonment of up to 10 years, fine of $250,000 per felony conviction, 3 years of supervised release, $100 special assessment, forfeiture, denial of federal benefits.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

FILED
NOV -7 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DEFENDANT - U.S
▶ William Alexis Villa

DISTRICT COURT NUMBER
**CR 19 0592 VC**

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, and Firearms

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Barbara J. Valliere

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**UNDER SEAL**

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**FILED**
**NOV -7 2019**
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 371
18 U.S.C. § 922(a)(1)
18 U.S.C. § 922(o)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Imprisonment of up to 10 years, fine of $250,000 per felony conviction, 3 years of supervised release, $100 special assessment, forfeiture, denial of federal benefits.

**DEFENDANT - U.S**
▶ Francisco Nunez-Nepita

DISTRICT COURT NUMBER: **CR 19 0592 VC**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, and Firearms

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: **David L. Anderson**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **Barbara J. Valliere**

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:      Before Judge:

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**UNDER SEAL**

**OFFENSE CHARGED**

18 U.S.C. § 371
18 U.S.C. § 922(a)(1)
26 U.S.C. § 5861(d)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Imprisonment of up to 10 years, fine of $250,000 per felony conviction, 3 years of supervised release, $100 special assessment, forfeiture, denial of federal benefits.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

**FILED**
NOV - 7 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DEFENDANT - U.S
▶ Erik Acevedo Cruz

DISTRICT COURT NUMBER
CR 19 0592 VC

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, and Firearms

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.
_____

MAGISTRATE CASE NO.
_____

Name and Office of Person Furnishing Information on this form: David L. Anderson
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Barbara J. Valliere

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

UNDER SEAL

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
NOV -7 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**CR 19 0592** VC

WILLIAM ALEXIS-VILLA
FRANCISCO NUNEZ-NEPITA, and
ERIK ACEVEDO-CRUZ,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 371 – Conspiracy to Deal in Firearms Without a License;
18 U.S.C. § and 922(a)(1)(A), and 2 – Dealing in Firearms Without a License and Aiding and Abetting;
18 U.S.C. § 922(o), and 2 — Possession of a Machinegun and Aiding and Abetting;
26 U.S.C.§ 5861 (d) — Possession of an Unregistered Firearm;
18 U.S.C. § 924(d), 28 U.S.C. § 2461 (c) - Forfeiture Allegations

A true bill.

_____
Foreman

Filed in open court this ___7___ day of NOV 2019

ROSE MAHER
Clerk

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE    Bail, $ _____

**NO BAIL WARRANT**

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3
   **FILED**
   **UNDER SEAL**
   NOV -7 2019
   SUSAN Y. SOONG
   CLERK, U.S. DISTRICT COURT
   NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 19 0592 |
|---|---|
| Plaintiff, | ) VIOLATION: |
| v. | ) 18 U.S.C. § 371 – Conspiracy to Deal in Firearms Without a License; 18 U.S.C. § 922(a)(1)(A), and 2 – Dealing in Firearms Without a License and Aiding and Abetting; 18 U.S.C. § 922(o), and 2 – Possession of a Machinegun and Aiding and Abetting; 26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm; 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) – Forfeiture Allegations |
| WILLIAM ALEXIS-VILLA, FRANCISCO NUNEZ-NEPITA, and ERIK ACEVEDO-CRUZ, | |
| Defendants. | |
|  | **Under Seal** |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 371 – Conspiracy to Deal in Firearms Without a License)

Introductory Allegations

At all times relevant to this Indictment:

1. Defendant William ALEXIS-VILLA (ALEXIS-VILLA) was a resident of Menlo Park, California.

2. Defendant Francisco NUNEZ-NEPITA (NUNEZ-NEPITA) was a resident of East Palo Alto, California.

INDICTMENT [UNDER SEAL]

3.      Defendant Erik ACEVADA-CRUZ (ACEVADA-CRUZ) was a resident of Fremont, California.

4.      Instagram was a social networking application or service, which is commonly used to share photographs and videos, as well as exchange messages between users. Defendants NUNEZ-NEPITA and ALEXIS-VILLA used Instagram accounts.

5.      At all times relevant to this Indictment, none of the defendants named herein were licensed to import, manufacture, or deal firearms under the provision of Chapter 44, Title 18, United States Code.

### Object of the Conspiracy

6.      Beginning at a time unknown to the Grand Jury, but no later than on or about June 18, 2019, and continuing to on or about November 7, 2019, in the Northern District of California, the defendants,

WILLIAM ALEXIS-VILLA,
FRANCISCO NUNEZ-NEPITA, and
ERIK ACEVEDO-CRUZ,

not being licensed importers, licensed manufacturers, and licensed dealers of firearms, within the meaning of Chapter 44, Title 18, United States Code, did unlawfully and knowingly combine, conspire, and agree together and with each other to commit an offense against the United States, specifically, dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A).

### Manner and Means

7.      Defendants ALEXIS-VILLA, NUNEZ-NEPITA, and ACEVEDO-CRUZ would obtain firearms for the purpose of illegally selling and purchasing firearms to sell in the Northern District of California. During the timeframe referenced in this Indictment, defendants ALEXIS-VILLA, NUNEZ-NEPITA, and ACEVEDO-CRUZ repeatedly met with a third-party purchaser to conduct firearms sales.

8.      Defendants ALEXIS-VILLA, NUNEZ-NEPITA, and ACEVEDO-CRUZ advertised, negotiated, and/or conducted firearms sales in a variety of ways, including in person at the residence of ALEXIS-VILLA, via text messages, and via Instagram. At various times, ALEXIS-VILLA and ACEVEDO-CRUZ described to the third-party purchaser their ready access to a variety of firearms for

INDICTMENT [**UNDER SEAL**]

sale.

## Overt Acts

9. In furtherance of the conspiracy, and to accomplish its objects, the defendants and others committed various overt acts in the Northern District of California and elsewhere, including but not limited to the following:

(a) On or about August 6, 2019, FRANCISCO NUNEZ-NEPITO advertised on his Instagram account that he has a firearm for sale.

(b) On or about August 6, 2019, FRANCISCO NUNEZ-NEPITO and the third-party purchaser communicated via text message. During those communications, FRANCISCO NUNEZ-NEPITO stated that he has a "fully" automatic Glock firearm for sale for $1400. FRANCISCO NUNEZ-NEPITO sent a photograph of the firearm to the third-party purchaser via text message.

(c) On or about August 6, 2019, NUNEZ-NEPITO informed the third-party purchaser that his "friend" would conduct the transaction that day.

(d) On or about August 6, 2019, ALEXIS-VILLA and the third-party purchaser traveled to ALEXIS-VILLA's residence in Menlo Park (hereafter, "the residence") to complete the firearm transaction. While en route, ALEXIS-VILLA provided a list of the firearms that he could obtain for sale in the future, including "fully automatic" weapons.

(e) On or about August 6, 2019, ALEXIS-VILLA provided the third-party purchaser with a Glock firearm with a "switch" and nine rounds of ammunition in exchange for $1400.

(f) On or about August 6, 2019, ALEXIS-VILLA informed the third-party purchaser that, in the future, he wants to communicate via Instagram because he fears that the police can get access to his telephone records.

(g) On or about August 6, 2019, after the firearm transaction, ALEXIS-VILLA confirmed that he can supply additional firearms for sale.

(h) On or about August 13, 2019, ALEXIS-VILLA communicated with the third-party purchaser via his Instagram account to negotiate the sale of additional firearms. In those communications, ALEXIS-VILLA transmitted photographs to the third-party purchaser of the firearms he was seeking to sell.

INDICTMENT [**UNDER SEAL**]

3

(i) On or about August 13, 2019, ALEXIS-VILLA arranged to meet with the third-party purchaser at the residence to sell two firearms to the third-party purchaser.

(j) On or about August 13, 2019, before the third-party purchaser arrived, ACEVEDO-CRUZ arrived at the residence and delivered firearms to ALEXIS-VILLA.

(k) On or about August 13, 2019, ACEVEDO-CRUZ and ALEXIS-VILLA met with the third-party purchaser at the residence in Menlo Park, and sold the third-party purchaser two rifles in exchange for $3400.

(l) On or about August 13, 2019, after the transaction, ACEVEDO-CRUZ told the third-party purchaser that he could obtain more firearms for the third-party purchaser.

(m) On or about October 10, 2019, ALEXIS-VILLA contacted the third-party purchaser via Instagram and informed the third-party purchaser that ALEXIS-VILLA had a Glock handgun for sale.  ALEXIS-VILLA sent to the third-party purchaser via Instagram a photograph of himself and ACEVEDO-CRUZ holding the firearms that they wanted to sell.

(n) On or about October 10, 2019, ACEVEDO-CRUZ texted the third-party purchaser and informed the third-party purchaser that he would conduct the firearms transaction at the residence.

(o) On or about October 10, 2019, the third-party purchaser met ACEVEDO-CRUZ at the residence and ACEVEDO-CRUZ provided the third-party purchaser with three firearms in exchange for $3,500.

(p) On or about October 10, 2019, after the transaction, WILLIAM ALEXIS-VILLA texted the third-party purchaser the following message:  "hope you like un."

All in violation of Title 18, United States Code, Sections 371 and 922(a)(1)(A).

COUNT TWO – (18 U.S.C. §§ 922(a)(1)(A), and 2 – Dealing in Firearms Without a License, Aiding and Abetting)

10. Beginning on a date unknown to the Grand Jury, but no later than June 18, 2019, and continuing to on or about November 7, 2019, in the Northern District of California, the defendants,

WILLIAM ALEXIS-VILLA,
FRANCISCO NUNEZ-NEPITA, and
ERIK ACEVEDO-CRUZ,

4

INDICTMENT [**UNDER SEAL**]

not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, and did aid and abet each other in the same.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

COUNT THREE: (18 U.S.C. § 922(o), and 2 – Possession of a Machinegun, Aiding and Abetting)

On or about August 6, 2019, in the Northern District of California, the defendants,

WILLIAM ALEXIS-VILLA, and
FRANCISCO NUNEZ-NEPITA,

knowingly and unlawfully possessed, or aided and abetted the possession of, a machinegun (any part designed and intended solely and exclusively for use in converting a weapon into a weapon that shoots and is designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger), specifically, a device commonly known as a "Glock switch."

All in violation of Title 18, United States Code, Section 922(o).

COUNT FOUR: (26 U.S.C. §§ 5861(d) – Possession of Unregistered Firearm)

On or about August 6, 2019, in the Northern District of California, the defendant,

WILLIAM ALEXIS-VILLA,

did knowingly and unlawfully possess a machinegun (any part designed and intended solely and exclusively for use in converting a weapon into a weapon that shoots and is designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger), specifically, a device commonly known as a "Glock switch," which was not registered in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

COUNT FIVE: (26 U.S.C. § 5861(d) – Possession of Unregistered Firearm)

On or about August 13, 2019, in the Northern District of California, the defendant,

WILLIAM ALEXIS-VILLA,

did knowingly possess a firearm, to wit, one black, short barreled rifle, serial number N002830, with a barrel less than 16 inches in length and an overall length of less than 26 inches, knowing that the barrel

INDICTMENT [**UNDER SEAL**]

was less than 16 inches in length and the overall length was less than 26 inches, which was not registered in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

COUNT SIX:   (26 U.S.C. § 5861(d) – Possession of Unregistered Firearm)

On or about August 13, 2019, in the Northern District of California, the defendant,

ERIC ACEVEDO-CRUZ,

did knowingly possess a firearm, to wit, one black, short barreled rifle, serial number N002830, with a barrel less than 16 inches in length and an overall length of less than 26 inches, knowing that the barrel was less than 16 inches in length and the overall length was less than 26 inches, which was not registered in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

FORFEITURE ALLEGATION:   (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

WILLIAM ALEXIS-VILLA,
FRANCISCO NUNEZ-NEPITA, and
ERIK ACEVEDO-CRUZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

    a.   Rugar Mini 14 Ranch Rifle, serial number 18751332;

    b.   3 .223 caliber magazine;

    c.   P80 .40 caliber Glock, no serial number;

    d.   9 rounds of .40 caliber ammunition;

    e.   AR style short-barreled rifle, serial number N002830;

    f.   AR style rifle, no serial number;

    g.   2 magazines of .223 ammunition;

      h. Taurus International PT735 handgun, serial number ID072371;

      i. Glock 48 handgun, serial number BLBH160;

      j. A Glock style handgun with polymer frame, no serial number; and

      k. 26 rounds of .40 caliber ammunition.

If any of the property described above, as a result of any act or omission of the defendant:

      a. cannot be located upon exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:

7 NOV 2019

A TRUE BILL.

FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

BARBARA J. VALLIERE
Assistant United States Attorney

INDICTMENT [**UNDER SEAL**]

7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV -7 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNDER SEAL**

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CASE NAME:** USA v. WILLIAM ALEXIS-VILLA et al

**CASE NUMBER:** CR 19 0592 VC

| | | |
|---|---|---|
| Is This Case Under Seal? | Yes ✓ | No |
| Total Number of Defendants: | 1    2-7 ✓    8 or more | |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes | No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓    OAK    SJ | |
| Is this a potential high-cost case? | Yes | No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes | No ✓ |
| Is this a RICO Act gang case? | Yes | No ✓ |

**Assigned AUSA (Lead Attorney):** AUSA Barbara J. Valliere

**Date Submitted:** 11/07/2019

**Comments:**

CR 19-592 VC

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF